# EXHIBIT B

## LIST OF ORDINARY COURSE OF PROFESSIONALS

| Name | Services Provided | Address | Estimated Amount |
|---|---|---|---|
| Richardson & Patel, LLP | SEC Counsel | 10900 Wilshire Blvd. Ste. 500 Los Angeles, CA 90024 | $25,000/month |
| Tharp & Howell, LLP | Wage & Labor Counsel | 15250 Ventura Blvd. Ninth Floor Sherman Oaks, CA 91403 | $10,000/month |
| Jackson Lewis LLP | Litigation Counsel | 725 S. Figueroa St. Ste. 2500 Los Angeles, CA 90017 | $2,000/month |
| Manatt, Phelps & Phillips, LLP | Consumer Litigation | 11355 W. Olympic Blvd. Los Angeles, CA 90064 | $15,000/month |
| Doll Amir & Eley LLP | Litigation Counsel | 1888 Century Park East Ste. 1850 Los Angeles, CA 90067 | $2,000/month |
| Loeb & Loeb LLP | Tax Counsel | 10100 Santa Monica Blvd. Ste. 2200 Los Angeles, CA 90067 | $10,000/month |

# EXHIBIT C

## FORM OF DECLARATION OF DISINTERESTEDNESS

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CyberDefender Corporation,[1] | ) | Case No.: 12-10633 (BLS) |
| | ) | |
| Debtor. | ) | |

**DECLARATION OF DISINTERESTEDNESS OF [ATTORNEY NAME] ON BEHALF OF [LAW FIRM NAME] PURSUANT TO ORDER AUTHORIZING THE EMPLOYMENT, RETENTION AND COMPENSATION OF CERTAIN PROFESSIONALS UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

I, _____, declare under penalty of perjury:

1. I am a partner/member of _____, located at _____ (the "Firm").

2. CyberDefender Corporation, a Delaware corporation (the "Debtor"), has requested that the Firm provide _____ [specific description] services on behalf of the Debtor, and the Firm has agreed to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the Debtor's chapter 11 case (the "Chapter 11 Case"), for persons that are parties in interest in the Debtor's Chapter 11 Case. The Firm does not perform services for any such person in connection with this Chapter 11 Case. In addition, to the best of my knowledge, the Firm

---

[1] The last four digits of the Debtor's federal tax identification number are (5833). The Debtor's address is: 617 West 7th Street, Suite 1000, Los Angeles, CA 90017.

does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtor or its estate.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtor, or other parties in interest in this Chapter 11 Case.

5. Neither I, nor any principal, partner, director or officer of, or professional employed by the Firm, has agreed to share or will share any portion of the compensation to be received from the Debtor with any other person other than among principals and employees of the Firm.

6. Neither I, nor any principal, partner, director or officer of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtor or its estate with respect to the matter(s) upon which the Firm is to be employed.

7. The Firm is not a creditor of the Debtor. [**OR:** The Debtor owes the Firm $_____ for pre-petition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, *et seq.*].

8. As of February 23, 2012, which was the date on which the Debtor commenced this Chapter 11 Case, the Firm [was/was not] party to an agreement for indemnification with the Debtor. [If there is such an agreement, a copy of such agreement is attached to this Declaration].

- 3 -

9. The Firm will continue to make further inquiries regarding its retention by any creditors or other parties in interest of the Debtor, and upon conclusion of that inquiry, or at any time during the period of its retention, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on _____, 2012 at _____.

_____