IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CyberDefender Corporation,[1] | ) | Case No.: 12-10633 (BLS) |
| | ) | |
| Debtor. | ) | |

### AFFIDAVIT OF SERVICE

Lynzy McGee, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel to the Debtor in the above-captioned action, and that on the 1st day of March, 2012, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

**Declaration of Disinterestedness of Thomas C. Morrison of Manatt, Phelps & Phillips, LLP, Pursuant to Order Authorizing the Employment, Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business.**

_____
Lynzy McGee

SWORN TO AND SUBSCRIBED
by me on this 1st of March, 2012.

_____
Notary Public
My Commission Expires: 12/10/12

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Dec 10, 2012

---

[1] The last four digits of the Debtor's federal tax identification number are (5833). The Debtor's address is: 617 West 7th Street, Suite 1000, Los Angeles, CA 90017.

DOCS_DE:178265.1 16362-001

CyberDefender OCP Service List
Case No. 12-10633 (BLS)
Document No. 178266
02 – Hand Delivery
01 – Interoffice Delivery
02 – First Class Mail

(Proposed Attorneys for Debtor and Debtor in Possession)
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19801

**Interoffice Mail**
(Proposed Attorneys for the Debtors and Debtors-in-Possession)
Teddy M. Kapur, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067

**Hand Delivery**
(United States Trustee)
Tiiara Patton, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801

**Hand Delivery**
(Counsel to GRM)
Michael R. Nestor, Esquire
Young Conaway Stargatt & Taylor LLP
1000 N. King Street
PO Box 391
Wilmington, DE  19899

**First Class Mail**
(Debtor)
CyberDefender Corporation
Kevin Harris
Interim CEO and CFO
617 West 7th Street, Suite 1000
Los Angeles, CA  90017

**First Class Mail**
(Counsel to GRM)
Peter M. Gilhuly, Esquire
Kimberly Posin, Esquire
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560