# EXHIBIT A

## **Certain Noteholders**

James J. Bruder Jr.

Leo & Catherine Carlin

John Combias

John G. Gazonas

Raymond Marzulli
Raymond P. Marzulli Co., Inc.

Frank J. Navarro DMD
Frank J. Navarro, D.M.D., P.A.

William Parash

Ricardo Salas

Seneco & Associates, Inc DBP & PSP

Bernadette Sheehan

V. Jean Stack

Milton L. Steinhorn

Leslie Stein

Carol Tarabour

James & Pamela Watson
J&P Watson Inc., dba
Interim Healthcare of GNY