# EXHIBIT C

Welcome

Log In | Premium | Company Site | Company News

American Express—Savings...

E✳TRADE PRO
TRANSFORM YOUR TRADING
TRADE FREE FOR 60 DAYS | PLUS GET UP TO $500
E✳TRADE SECURITIES LLC   GET STARTED ▸

Morningstar Premium
Start your free
14-day trial now ▸▸

| Membership | Home | Portfolio | Stocks | Bonds NEW | Funds | ETFs | CEF | Markets | Tools | Real Life Finance | Discuss |

| Nasdaq | S&P 500 | DJIA | Gold | Light Crude | Morningstar Advisor Digest |
|---|---|---|---|---|---|
| 3023.03 61.43(2.07%) | 1386.99 15.02(1.09%) | 13079.21 77.65(0.60%) | 1639.10 -3.90(-0.24%) | 103.64 0.09(0.09%) | |

# CyberDefender Corp CYDEQ

E✳TRADE
OPEN AN ACCOUNT
E✳TRADE SECURITIES LLC

## Concentrated Shareholders CYDEQ

Funds | **Institutions**

| Name | Shares Held | % Total Shares Held | Shares Change | % Chg from Prior Port | % Total Assets | Date of Portfolio |
|---|---|---|---|---|---|---|
| BlackRock Fund Advisors | 30,575 | 0.11 | -704 | -2.25 | 0 | 12/31/2011 |
| UBS Securities LLC | 3,268 | 0.01 | -3,196 | -49.44 | 0 | 12/31/2011 |
| Spark LP | 39,100 | 0.14 | 0 | 0 | 0 | 12/31/2011 |
| State Street Global Advisors | 86 | 0 | 3 | 3.61 | 0 | 02/28/2011 |
| Knight Capital Group, Inc. | 17,605 | 0.06 | 17,605 | New | 0 | 12/31/2011 |
| Northern Trust Investments, N.A. | 25,733 | 0.09 | 0 | 0 | 0 | 12/31/2011 |
| Pnc Bank, National Association | 8,000 | 0.03 | 0 | 0 | 0 | 12/31/2011 |
| State Street Corp | 10,200 | 0.04 | 0 | 0 | 0 | 12/31/2011 |
| Geode Capital Management, LLC | 57,172 | 0.20 | 0 | 0 | 0 | 12/31/2011 |
| ITU Ventures LLC | 1,252,475 | 4.45 | 0 | 0 | -- | 11/11/2011 |
| Guthy-Renker Partners, Inc. | 17,233,016 | 60.20 | 10,135,227 | 142.79 | -- | 02/23/2012 |

Permissions/Reprint

TRADE FREE FOR 60 DAYS | PLUS GET UP TO $500
E✳TRADE
OPEN AN ACCOUNT
E✳TRADE Securities LLC

Content Partners

Site Directory          Site Map          Our Products

Corrections   Help   Advertising Opportunities   Licensing Opportunities   Glossary   RSS   Mobile Portfolio   Affiliate   Careers

International Sites: Australia   Canada   China   France   Germany   Hong Kong   Italy   The Netherlands   Norway   Spain   U.K.   Switzerland

Independent. Insightful. Trusted. Morningstar provides stock market analysis; equity, mutual fund, and ETF research, ratings, and picks; portfolio tools; and option, hedge fund, IRA, 401k, and 529 plan research. Our reliable data and analysis can help both experienced enthusiasts and newcomers.

© Copyright 2012 Morningstar, Inc. All rights reserved. Please read our Terms of Use  and Privacy Policy. Dow Jones Industrial Average, S&P 500, Nasdaq, and Morningstar Index (Market Barometer) quotes are real-time. Russell 2000 quote is 10 minutes delayed.