**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CYBERDEFENDER CORPORATION | ) | |
| TECHNOLOGIES, INC., *et al.*, | ) | Case No. 12-10633 (BLS) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |

Hearing Date: May 2, 2012, at 1:00 p.m.
Objection Deadline: April 26, 2012, by 5:00 p.m.
Related to Docket Nos. 10, 153 and 159

**JOINDER OF CERTAIN HOLDERS OF 9% SUBORDINATED
CONVERTIBLE PROMISSORY NOTES TO CERTAIN OBJECTIONS
RAISED BY SEAN P. DOWNES TO DEBTOR'S MOTION FOR APPROVAL
OF THE SALE OF SUBSTANTIALLY ALL OF ITS ASSETS [DOCKET NO. 159]**

The persons or entities (the "**Certain Noteholders**") identified in Exhibit A to the Objection [Docket No. 153] filed on April 25, 2012, to Debtor's motion to sell substantially all of its assets hereby join the objections contained in Part B., at paragraphs 11-15, of the Objection to Debtor's motion to sell substantially all of its assets filed by Sean P. Downes [Docket No. 159].

Dated: April 25, 2012

STEVENS & LEE, P.C.

  /s/ *John D. Demmy*
John D. Demmy (DE Bar No. 2802)
Maria Aprile Sawczuk (DE Bar No. 4304)
1105 N. Market Street, 7th Floor
Wilmington, DE 19801
Telephone: 302.425.3308
Email: jdd@stevenslee.com

*Attorneys for the Certain Noteholders*

SL1 1158934v1 000000.00000