# EXHIBIT A

## AMENDMENT NO. 1 TO ASSET PURCHASE AGREEMENT

THIS AMENDMENT NO. 1, dated as of April __, 2012 (this "Amendment") to the Asset Purchase Agreement, dated as of February 23, 2012, by and between GR Match, LLC, a Delaware limited liability company, or its designee ("Buyer") and CyberDefender Corporation, a Delaware corporation ("Seller" or the "Company") (the "Asset Purchase Agreement"), is by and among Seller and Buyer (referred to herein individually as a "Party" and collectively as the "Parties").  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed thereto in the Asset Purchase Agreement.

### WITNESSETH:

WHEREAS, Seller and Buyer have heretofore entered into the Asset Purchase Agreement;

WHEREAS, the Official Committee of Unsecured Creditors of CyberDefender Corporation (the "Committee") has asserted certain challenges (i) to the nature, extent and priority of Buyer's asserted liens and claims against Seller's bankruptcy estate, and (ii) to Seller's proposed sale of substantially all of its assets to Buyer;

WHEREAS, the Committee, Buyer and Seller have resolved the Committee's potential legal challenges by agreeing to make certain amendments to the Asset Purchase Agreement (the "Committee Settlement"), subject to approval of the Bankruptcy Court;

WHEREAS, the Committee has filed the Motion of the Official Committee of Unsecured Creditors of CyberDefender Corporation Pursuant to Bankruptcy Rule 9019 for the Entry of an Order Approving Settlement Agreement By and Among the Debtor, the Official Committee of Unsecured Creditors and GR Match, LLC (the "Settlement Motion") in the Bankruptcy Court seeking approval of the Committee Settlement; and

WHEREAS, the Parties now wish to amend the Asset Purchase Agreement as provided below.

NOW THEREFORE, in consideration of the premises and the agreements herein contained, intending to be legally bound hereby, the Parties hereby agree as follows:

### I. AMENDMENTS TO ASSET PURCHASE AGREEMENT

A. The definition of "Amendment Number 1" shall be added to Section 1.1 of the Asset Purchase Agreement as follows:

> "*Amendment Number 1*" shall mean Amendment No. 1 to Asset Purchase Agreement, dated as of April __, 2012, by and between Buyer and Seller.

B. The definition of "Committee" shall be added to Section 1.1 of the Asset Purchase Agreement as follows:

"*Committee*" shall mean the Official Committee of Unsecured Creditors of CyberDefender Corporation appointed in the Chapter 11 Case.

C.  The definition of "Committee Settlement" shall be added to Section 1.1 of the Asset Purchase Agreement as follows:

"*Committee Settlement*" shall mean the settlement by and among the Committee, Buyer and Seller resolving the Committee's challenges, among other things, (i) to the nature, extent and priority of Buyer's asserted liens and claims against Seller's bankruptcy estate, and (ii) to Seller's proposed sale of substantially all of its assets to Buyer as set forth in the Motion of the Official Committee of Unsecured Creditors of CyberDefender Corporation Pursuant to Bankruptcy Rule 9019 for the Entry of an Order Approving Settlement Agreement By and Among the Debtor, the Official Committee of Unsecured Creditors and GR Match, LLC filed by the Committee in the Bankruptcy Court.

D.  Section 3.01 of the Asset Purchase Agreement is hereby amended by adding the following to the end of the existing section before the ".":

*provided, however*, that, upon Bankruptcy Court approval of the Committee Settlement, the cash component of the Purchase Price shall increase to $500,000 and the entirety of such cash payment shall constitute payment to Seller for the Acquired Avoidance Actions

E.  Section 3.02 of the Asset Purchase Agreement is hereby amended by adding the following to the end of the first sentence before the ".":

*provided, however*, that, in the event the Bankruptcy Court approves the Committee Settlement, the $500,000 cash portion of the Purchase Price shall be allocated to the Acquired Avoidance Actions

F.  Section 4.02(a)(i) of the Asset Purchase Agreement is hereby amended by replacing the words "a cash payment of $250,000;" with "the cash payment provided in Section 3.01 hereof;".

G.  Section 9.04 of the Asset Purchase Agreement is hereby amended to add "Amendment Number 1," after "This Agreement,".

H.  Section 9.17(a) of the Asset Purchase Agreement is hereby amended to read in its entirety as follows:

(a) Effective as of the Closing, Seller hereby releases Buyer and its Affiliates, and each of their respective former, current and future officers, directors, managers, consultants, owners, members, partners, financial and other advisors, employees, direct or indirect equityholders and non-employee agents and representatives (collectively, the "***Buyer Released Parties***") from any and all Liabilities, actions, rights of action, contracts, Indebtedness, obligations, claims, causes of action, suits, damages, demands, costs, expenses and attorneys' fees whatsoever, of every kind and nature, known or unknown, disclosed or undisclosed, accrued or unaccrued, existing at any time, in all circumstances arising prior to Closing, that Seller or its Affiliates and all such Persons' respective successors and assigns, have or may have against any of the Buyer Released Parties; provided, that the foregoing shall not release any rights under this Agreement and other agreements contemplated hereby which expressly survive Closing. Each Buyer Released Party that is not a party to this Agreement shall be considered a third party beneficiary of this Agreement with respect to any rights of indemnity or release provided herein.

## II. MISCELLANEOUS

**A.** Effect. Except as expressly amended hereby, the Asset Purchase Agreement, including the Schedules and Exhibits shall remain in full force and effect.

**B.** Governing Law. This Amendment shall be construed and interpreted, and the rights of the Parties shall be determined, in accordance with the Laws of the State of California, without giving effect to any provision thereof that would require the application of the substantive laws of any other jurisdiction, except to the extent that such Laws are superseded by the Bankruptcy Code.

**C.** Counterparts; Facsimile and Electronic Signatures. This Amendment may be executed in two counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same instrument. Counterparts to this Amendment may be delivered via facsimile or electronic mail. In proving this Amendment, it shall not be necessary to produce or account for more than one such counterpart signed by the Party against whom enforcement is sought.

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, this Amendment has been duly executed and delivered by the duly authorized officers of the Parties as of the date first above written.

**BUYER**:

GR MATCH, LLC

By: _____
Name:
Title:

**SELLER**:

CYBERDEFENDER CORPORATION

By: _____
Name:
Title: