IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CyberDefender Corporation,[1] | ) | Case No.: 12-10633 (BLS) |
| | ) | |
| Debtor. | ) | **Related to Docket No. 169** |

**AMENDED**[2] NOTICE OF AGENDA FOR HEARING ON MATTERS SCHEDULED FOR MAY 2, 2012 AT **1:30 P.M.** BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 6th FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801[3]

### PLEASE NOTE THAT THE HEARING TIME HAS BEEN CHANGED TO 1:30 P.M.

MATTERS GOING FORWARD:

1.      Debtor's Motion for Orders (A) Establishing Bidding Procedures In Connection with Sale of Substantially All Assets of the Debtor, (B) Approving the Form and Manner of Notices, (C) Setting a Sale Hearing, (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, and Encumbrances, (E) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (F) Granting Related Relief Interim and Final Orders Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure (Filed 2/23/12) [Docket No. 10].

Sale Objection Deadline:  April 26, 2012, at 5:00 p.m.

Cure Objection Deadline:  April 26, 2012, at 5:00 p.m.

Bid Deadline:  April 26, 2012, at 5:00 p.m.

Auction Date:  May 1, at 9:00 a.m.

Response(s):

A.      Objection of Certain Holders of 9% Subordinated Convertible Promissory Notes to Debtor's Motion for Approval of the Sale of Substantially All of Its Assets (Filed 4/25/12) [Docket No. 153].

---

[1] The last four digits of the Debtor's federal tax identification number are (5833). The Debtor's address is: 617 West 7th Street, Suite 1000, Los Angeles, CA 90017.

[2] **Amended information is reflected in bold.**

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

B.    Oracle's Rights Reservation and Objection Regarding (I) Debtors Motion for Orders: (A) Establishing Bidding Procedures in Connection with Sale of Substantially All Assets of the Debtor, (B) Approving the Form and Manner of Notices, (C) Setting a Sale Hearing, (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, and Encumbrances, (E) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (F) Granting Related Relief; and (II) Unexpired Lease or Executory Contract Assumption And Cure Notice (Filed 4/26/12) [Docket No. 158].

C.    Sean P. Downes' Objection and Reservation of Rights in Connection with the Debtor's Proposed Sale of Assets to GR Match, LLC (Filed 4/26/12) [Docket No. 159].

D.    Joinder of Certain Holders of 9% Subordinated Convertible Promissory Notes to Certain Objections Raised by Sean P. Downes to Debtor's Motion for Approval of the Sale of Substantially All of Its Assets (Filed 4/26/12) [Docket No. 160].

Cure Objection(s):

A.    Oracle's Rights Reservation and Objection Regarding (I) Debtors Motion for Orders: (A) Establishing Bidding Procedures in Connection with Sale of Substantially All Assets of The Debtor, (B) Approving the Form and Manner of Notices, (C) Setting av Sale Hearing, (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, and Encumbrances, (E) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (F) Granting Related Relief; and (II) Unexpired Lease or Executory Contract Assumption and Cure Notice (Filed 4/26/12) [Docket No. 158].

B.    Objection of Vindicia, Inc. to Proposed Cure Amount for Assumption and Assignment of Executory Contract (Filed 4/26/12) [Docket No. 161].

Replies:

A.    GR Match, LLC's Reply to (i) Objection of Certain Holders of 9% Subordinated Convertible Promissory Notes to Debtor's Motion for Approval of the Sale of Substantially All of Its Assets; and (2) Sean P. Downes' Objection and Reservation of Rights in Connection with the Debtor's Proposed Sale of Assets to GR Match, LLC (Filed 4/30/12) [Docket No. 166].

B.    Debtor's Omnibus Reply to Objections to Debtor's Motion for Orders (A) Establishing Bidding Procedures in Connection with Sale of Substantially All Assets of the Debtor, (B) Approving the Form and Manner of Notices, (C) Setting a Sale Hearing, (D) Authorizing the Sale of the Assets Free and Clear of All Liens, Claims, and Encumbrances, (E) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (F) Granting Related Relief (Filed 4/30/12) [Docket No. 168].

Related Document(s):

A.  Notice of Hearing Regarding Debtor's Motion for Orders (A) Establishing
    Bidding Procedures in Connection with Sale of Substantially All Assets of the
    Debtor, (B) Approving the Form and Manner of Notices, (C) Setting a Sale
    Hearing, (D) Authorizing the Sale of the Assets Free and Clear of All Liens,
    Claims, and Encumbrances, (E) Authorizing the Assumption and Assignment of
    Certain Executory Contracts and Unexpired Leases, and (F) Granting Related
    Relief Interim and Final Orders Pursuant to Sections 361, 362, 363 and 364 of the
    Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure
    (Filed 2/28/12) [Docket No. 47].

B.  Certification of Counsel Regarding Order (A) Establishing Bidding Procedures in
    Connection with Sale of Substantially All Assets of the Debtor, (B) Approving
    the Form and Manner of Notices, (C) Setting a Sale Hearing, (D) Authorizing
    Procedures in Connection with the Assumption and Assignment of Certain
    Executory Contracts and Unexpired leases, and (E) Granting Related Relief (Filed
    3/14/12) [Docket No. 86].

C.  Order (A) Establishing Bidding Procedures in Connection with Sale of
    Substantially All Assets of the Debtor, (B) Approving the Form and Manner
    of Notices, (C) Setting a Sale Hearing, (D) Authorizing Procedures in Connection
    with the Assumption and Assignment of Certain Executory Contracts and
    Unexpired Leases, and (E) Granting Related Relief (Entered 3/14/12) [Docket
    No. 94].

D.  Notice of (I) Proposed Sale of Substantially All of the Debtor's Assets Free and
    Clear of All Liens, Claims and Interests, (II) Auction, and (III) Sale Hearing
    (Filed 3/15/12) [Docket No. 98].

E.  Unexpired Lease or Executory Contract Assumption and Cure Notice (Filed
    3/15/12) [Docket No. 99]

F.  Certification of Counsel Under Local bankruptcy Rule 9013-1(K)(I) with
    Respect to Amended Order (A) Establishing Bidding Procedures in Connection
    with Sale of Substantially ALL Assets of the Debtor, (B) Approving the Form
    and Manner of Notices, (C) Setting a Sale hearing, (D) Authorizing Procedures in
    Connection with the Assumption and Assignment of Certain Executory Contracts
    and Unexpired Leases and (E) Granting related Relief (Filed 3/28/12) [Docket
    No. 120].

G.  Amended Order (A) Establishing Bidding Procedures in Connection with Sale
    of Substantially All Assets of the Debtor, (B) Approving the Form and Manner
    of Notices, (C) Setting a Sale Hearing, (D) Authorizing Procedures in Connection
    with the Assumption and Assignment of Certain Executory Contracts and
    Unexpired Leases, and (E) Granting Related Relief (Entered 3/29/12) [Docket
    No. 123].

DOCS_DE:179746.3 16362-002

H.    Supplemental Unexpired Lease or Executory Contract Assumption and Cure Notice (Filed 4/18/12) [Docket No. 144].

I.    Notice of Filing of Icon Media Direct [Los Angeles Times] Affidavit of Publication Regarding Notice of (I) Proposed Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims and Interests, (II) Auction, and (III) Sale Hearing (Filed 4/20/12) [Docket No. 147].

J.    Notice of Filing of Icon Media Direct [Los Angeles Times] Affidavit of Publication Regarding Unexpired Lease or Executory Contract Assumption and Cure Notice (Filed 4/20/12) [Docket No. 148].

K.    Notice of Filing of USA Today Verification of Publication Regarding Notice of (I) Proposed Sale of Substantially All of the Debtors's Assets Free and Clear of All Liens, Claims and Interests, (II) Auction, and (III) Sale Hearing (Filed 4/20/12) [**Docket** No. 149].

L.    Notice of Filing of USA Today Verification of Publication Regarding Unexpired Lease or Executory Contract Assumption and Cure Notice (Filed 4/20/12) [Docket No. 150].

M.    Notice of Cancellation of Auction (Filed 4/27/12) [Docket No. 165].

N.    Notice of Filing of Revised Order (A) Authorizing and Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief **(Filed 5/1/12) [Docket No. 179].**

O.    **Declaration of Chase Brogan on Behalf of GR Match, LLC in Support of Debtors' Motion for Orders (A) Establishing Bidding Procedures In Connection With Sale Of Substantially All Assets Of The Debtor, (B) Approving The Form And Manner Of Notices, (C) Setting A Sale Hearing, (D) Authorizing The Sale Of The Assets Free And Clear Of All Liens, Claims, And Encumbrances, (E) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, And (F) Granting Related Relief (Filed 5/1/12) [Docket No. 177].**

P.    **Amendment No. 2 to the Asset Purchase Agreement (Filed 5/1/12) [Docket No. 180].**

Status:  **The objections of Oracle and Vindicia, Inc. have been resolved subject to documentation. The Debtor will present a revised form of order at the hearing. This matter will be going forward.**

2.    Emergency Motion of the Official Committee of Unsecured Creditors of CyberDefender Corporation Pursuant to Bankruptcy Rule 9019 for the Entry of an Order Approving Settlement Agreement By and Among the Debtor, the Official Committee of Unsecured

4

Creditors and GR Match, LLC (Filed 4/27/12) [Docket No. 163].

<u>Objection Deadline</u>:    Objections may be raised at the Hearing.

<u>Response(s)</u>:

A.  **Sean P. Downes' Objection to and Reservation of Rights Regarding the Emergency Motion of the Official Committee of Unsecured Creditors of Cyberdefender Corporation Pursuant to Bankruptcy Rule 9019 for the Entry of an Order Approving Settlement Agreement by and among the Debtor, the Official Committee of Unsecured Creditors and GR Match, LLC (Filed 5/1/12) [Docket No. 174].**

B.  **Limited Objection of Certain Holders of 9% Subordinated Convertible Promissory Notes to the Committee's Emergency Motion for Approval of Settlement with GR Match LLC (Filed 5/1/12) [Docket No. 175].**

<u>Related Document(s)</u>:

A.  Emergency Motion of the Official Committee of Unsecured Creditors of CyberDefender Corporation for Order Expediting Consideration of, and Shortening Notice Periods Applicable to: the Motion of the Unsecured Creditors of CyberDefender Corporation Pursuant to Bankruptcy Rule 9019 for the Entry of an Order Approving Settlement Agreement By and Among the Debtor, the Official Committee of Unsecured Creditors and GR Match, LLC (Filed 4/27/12) [Docket No. 164].

B.  Order Granting Motion of Official Committee of Unsecured Creditors of Cyberdefender Corporation for Order Expediting Consideration of, and Shortening Notice Periods Applicable to the Emergency Motion of the Unsecured Creditors of Cyberdefender Corporation Pursuant to Bankruptcy Rule 9019 for the Entry of an Order Approving Settlement Agreement By and Among the Debtor, the Official Committee of Unsecured Creditors and GR Match, LLC (Entered 4/30/12) [Docket No. 167].

C.  **Notice of Entry of Order and Hearing Regarding Emergency Motion of the Official Committee of Unsecured Creditors of CyberDefender Corporation for the Entry of an Order Approving Settlement Agreement by and Among the Debtor, the Official Committee of Unsecured Creditors and GR Match, LLC (Field 4/30/12) [Docket No. 170].**

DOCS_DE:179746.3 16362-002

Status:  This matter will be going forward.

Dated: May 2, 2012                           PACHULSKI STANG ZIEHL & JONES LLP

                                   By: _____
                                        Jeffrey N. Pomerantz (Admitted *Pro Hac Vice*)
                                        James E. O'Neill (DE Bar No. 4042)
                                        Shirley S. Cho (Admitted *Pro Hac Vice*)
                                        919 North Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, DE  19899-8705
                                        Telephone: 302/652-4100
                                        Facsimile: 302/652-4400
                                        E-mail:jpomerantz@pszjlaw.com
                                              joneill@pszjlaw.com
                                              scho@pszjlaw.com

                                        Attorneys for Debtor and Debtor in Possession