# EXHIBIT A

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CYDE Liquidating Co.,[1] | ) | Case No.: 12-10633 (BLS) |
| Debtor. | ) | |
| | ) | |

### NOTICE OF (A) ENTRY OF ORDER CONFIRMING FIRST AMENDED JOINT PLAN OF LIQUIDATION OF CYDE LIQUIDATING CO. ( F/K/A CYBERDEFENDER CORPORATION) UNDER CHAPTER 11 OF THE BANKRUPTCY CODE PROPOSED BY THE DEBTOR AND ITS OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (B) OCCURRENCE OF EFFECTIVE DATE THEREUNDER; AND (C) ESTABLISHMENT OF POST-EFFECTIVE BAR DATES

PLEASE TAKE NOTICE OF THE FOLLOWING:

1.      **Notice of Entry of Final Order Confirming the Plan.** The debtor and debtor in possession in the above-captioned bankruptcy case (the "Debtor") hereby giveS notice that, on November __, 2012 (the "Confirmation Date"), the Honorable Brendan L. Shannon, United States Bankruptcy Judge, entered an order [Docket No. ___] (the "Confirmation Order") confirming the *First Amended Joint Plan of Liquidation of CYDE Liquidating Co.( f/k/a CyberDefender Corporation) Under Chapter 11 of the Bankruptcy Code Proposed by the Debtor and Its Official Committee of Unsecured Creditors* (the "Plan"). Unless otherwise defined in this Notice, capitalized terms and phrases used herein have the meanings set forth in the Plan.

2.      **Notice of Effective Date.** The conditions precedent to the Effective Date have either occurred or have been waived. As a result, the Effective Date of the Plan is November __, 2012.

3.      **Injunctions.** All injunctions provided for under the Plan and Confirmation Order are now in full force and effect.

3.      **Deadline for Filing Professional Fee Claims.** All final requests for compensation or reimbursement of the fees of any professional employed in the Debtor's case pursuant to sections 327 or 1103 of the Bankruptcy Code or otherwise, including the professionals seeking

---

[1] The last four digits of the Debtor's federal tax identification number are (5833). Pursuant to an order of the Bankruptcy Court, the Debtor's name, which was previously CyberDefender Corporation, has been changed to CYDE Liquidating CO. The Debtor's address is: CYDE Liquidating Co., c/o Solution Trust, 29209 Canwood St., Suite 210, Agoura Hills, CA 91301.

compensation or reimbursement of costs and expenses relating to services performed after the Petition Date and prior to and including the Effective Date in connection with these case, pursuant to sections 327, 328, 330, 331, 503(b) or 1103 of the Bankruptcy Code for services rendered to the Debtor (each a "Professional") shall be filed and served on the Debtor and the Committee through their undersigned counsel by **not later than sixty (60) days from Effective Date** (the "Professional Fee Bar Date"). The procedures for processing final requests for compensation or reimbursement of the fees of any Professional are set forth in the Plan. If a Professional or other entity does not submit a request for payment of an Administrative Expense on account of services rendered to the Debtor' estates on or before the Professional Fee Bar Date, such Entity shall be forever barred from seeking payment of such Administrative Expense from the Debtor.

4.   **Administrative Claims Bar Date (Other than Professional Fees)**. Pursuant to the Plan and the Confirmation Order, requests for payment of Administrative Claims arising after June 1, 2012 through the Effective Date (excluding Professional Fee Claims) must be filed and served on the below counsel (each at the address listed below) no later than **thirty (30) days following the Effective Date of the Plan or by _____, 2012** (the "Administrative Claims Bar Date"). Such request shall be by motion and shall comply with all requirements of the local rules and applicable law and rules and include at a minimum (a) the name of the Holder of the Administrative Claim, (b) the amount of the Administrative Claim, and (c) the basis for the Administrative Claim. Holders of Administrative Claims that are subject to the Administrative Claims Bar Date that do not file such requests by this bar date will be forever barred from asserting such Claims against the Debtor, the Debtor's Estates, the Liquidating Debtor or its property and from sharing in any distributions under the Plan.

5.   **Rejection Damages Claim Bar Date.** Pursuant to the Plan and the Confirmation Order, the Plan generally provides for the rejection of executory contracts or unexpired leases by the Debtor that have not previously been assigned or rejected. Any Claim related to such rejection ("Rejection Claim") under the Plan shall be forever barred and shall not be enforceable against the Debtor, its Estate, the Liquidating Debtor, or its property, unless a proof of claim is filed with the Bankruptcy Court and served on the parties below no later than **thirty (30) days following the Effective Date of the Plan or by _____, 2012**, unless an earlier date was established by a prior Court order related to the specific contract or lease at issue.

6.   **Copies of the Plan and Confirmation Order.** Parties may request a copy of the Plan and/or the Confirmation Order by contacting the Debtor's Balloting Agent: 877-850-1650, or access the Balloting Agent's website for this case at: http://cms.xroadsllc.com/CyberDefender.aspx.

Dated: November \_\_, 2012        PACHULSKI STANG ZIEHL & JONES LLP

Jeffrey N. Pomerantz (*Admitted Pro Hac Vice*)
Shirley S. Cho (*Admitted Pro Hac Vice*)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Fl., P.O. Box 8705

|  |  |
|---|---|
|  | Wilmington, DE 19899-8705<br>Telephone: 302/652-4100<br>Facsimile: 302/652-4400<br>E-mail: jpomerantz@pszjlaw.com<br>       scho@pszjlaw.com<br>       joneill@pszjlaw.com<br>Attorneys for Debtor and Debtor in Possession<br>   - and – |
| Dated: November __, 2012 | PEPPER HAMILTON LLP |
|  | Donald J. Detweiler (DE Bar No. 3087)<br>Henry Jaffe (DE Bar No. 2987)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street, P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Counsel for the Official Committee of Unsecured Creditors |