IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CYDE Liquidating Co.,[1] | ) | |
| | ) | |
| Debtor. | ) | Case No.: 12-10633 (BLS) |
| | ) | |

**Objection Deadline: January 18, 2013 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: January 28, 2013 at 10:00 a.m. (prevailing Eastern time)**

**FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR THE PERIOD <u>FEBRUARY 23, 2012 THROUGH NOVEMBER 30, 2012</u>**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtor and Debtor in Possession |
| Date of Retention: | *Nunc Pro Tunc* to February 23, 2012 by order signed March 14, 2012 |
| Period for which Compensation and Reimbursement is Sought: | February 23, 2012 – November 30, 2012 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $817,260.13 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $28,793.74 |
| Amount of Voluntary Write-Off of Fees and Expenses | $29,317.25 |

This is a:      ___ monthly      ___ interim      <u>X</u>  final application.

The estimated time for preparation of this fee application is approximately 4 hours and

the corresponding compensation requested is approximately $1,500.00.

---

[1] The last four digits of the Debtor's federal tax identification number are (5833). The Debtor's address is:  617 CYDE Liquidating Co., c/o Solution Trust, 29209 Canwood St., Suite 210, Agoura Hills, CA 91301.

## SUMMARY OF MONTHLY FEE REQUESTS

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees (80%) | Paid Expenses |
|---|---|---|---|---|---|
| 04/18/12 | February 23, 2012 - March 31, 2012 | $253,848.50 | $16,352.44 | $203,078.80 | $12,996.50[2] |
| 05/17/12 | April 1, 2012 - April 30, 2012 | $156,206.88 | $5,235.94 | $124,965.50 | $4,715.64[3] |
| 06/15/12 | May 1, 2012 - May 31, 2012 | $156,152.25 | $6,080.80 | $124,921.80 | $6,080.80 |
| 07/16/12 | June 1, 2012 - June 30, 2012 | $70,907.50 | $2,177.25 | $56,726.00 | $2,177.25 |
| 08/30/12 | July 1, 2012 - July 31, 2012 | $57,820.00 | $1,146.42 | $46,256.00 | $1,146.42 |
| 09/20/12 | August 1, 2012 - August 31, 2012 | $33,883.50 | $142.19 | $27,106.80 | $142.19 |
| 10/23/12 | September 1, 2012 - September 30, 2012 | $47,497.00 | $956.36 | Pending | Pending |
| | October 1, 2012 - October 31, 2012 | $17,642.00 | $271.08 | Pending | Pending |
| | November 1, 2012 - November 30, 2012 | $23,302.50 | $307.50 | Pending | Pending |
| **Totals** | | **$817,260.13** | **$32,669.98[4]** | **$583,054.90** | **$27,258.80** |

---

[2] PSZ&J subsequently reduced its expense request by $3,355.94 in response to concerns raised by the Office of the United States Trustee.

[3] PSZ&J subsequently reduced its expense request by $520.30 in response to concerns raised by the Office of the United States Trustee.

[4] The total amount of expenses requested after $3,880.24 in write offs is $28,793.74.

## PSZ&J PROFESSIONALS

(February 23, 2012 – November 30, 2012)

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jeffrey N. Pomerantz | Partner 1995; Member of CA Bar since 1989 | $815.00 | 161.80 | $131,867.00 |
| | | $407.50 | 59.15 | $ 24,103.63 |
| David J. Barton | Partner 2000; Member of CA Bar since 1981 | $795.00 | 44.60 | $ 35,457.00 |
| Iain A.W. Nasatir | Partner 1999; Member of NY Bar since 1983; Member of CA Bar since 1990 | $765.00 | 19.30 | $ 14,764.50 |
| Ellen M. Bender | Partner 1999; Member of CA Bar since 1994 | $745.00 | 75.90 | $ 56,545.50 |
| Bruce Grohsgal | Partner 2003; Member of PA Bar since 1984; Member of DE Bar since 1997 | $725.00 | 8.00 | $ 5,800.00 |
| | | $595.00 | .30 | $ 217.50 |
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $675.00 | 151.80 | $102,465.00 |
| Shirley S. Cho | Of Counsel 2009; Member of CA Bar since 1997 | $675.00 | 331.00 | $223,425.00 |
| Victoria A. Newmark | Of Counsel 2008; Member of CA Bar since 1996 | $675.00 | 10.50 | $ 7,087.50 |
| Jason S. Pomerantz | Of Counsel 2002; Member of CA Bar since 1991 | $615.00 | 25.70 | $ 15,805.50 |
| Nina L. Hong | Partner 2006; Member of CA Bar since 1996 | $595.00 | 57.10 | $ 33,974.50 |
| Kathleen P. Makowski | Of Counsel 2008; Member of PA Bar since 1996; Member of DE Bar since 1997 | $495.00 | 12.40 | $ 6,138.00 |
| Teddy M. Kapur | Associate 2009; Member of CA Bar since 2006 | $495.00 | 83.80 | $ 41,481.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Patricia Jeffries | Paralegal 1999 | $275.00 | 60.70 | $ 16,692.50 |
| Monica Molitor | Paralegal 2009 | $275.00 | 315.70 | $ 86,817.50 |
| Margaret L. McGee | Paralegal | $275.00 | 6.70 | $ 1,842.50 |
| Cheryl A. Knotts | Paralegal 2000 | $265.00 | .50 | $ 132.50 |
| Louise R. Touschak | Paralegal 2000 | $265.00 | 5.00 | $ 1,325.00 |
| Thomas J. Brown | Paralegal 2007 | $220.00 | 3.60 | $ 792.00 |
| Rita M. Olivere | Case Management Assistant 2000 | $185.00 | 25.60 | $ 4,736.00 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $185.00 | 7.70 | $ 1,424.50 |
| Dina K. Whaley | Case Management Assistant | $185.00 | .50 | $ 92.50 |
| Karen S. Neil | Case Management Assistant | $185.00 | .70 | $ 129.50 |
| Sheryle L. Pitman | Case Management Assistant | $185.00 | 22.40 | $ 4,144.00 |

**Grand Total:**   $817,260.13

**Total Hours:**   1,490.45

**Blended Rate:**   $    548.33

## COMPENSATION BY CATEGORY

(February 23, 2012 – November 30, 2012)

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | 0.50 | $     337.50 |
| Asset Disposition | 247.80 | $167,908.00 |
| Avoidance Actions | 26.00 | $ 16,190.00 |
| Bankruptcy Litigation | 71.90 | $ 32,617.50 |
| Case Administration | 217.20 | $ 64,116.00 |
| Claims Admin/Objections | 66.60 | $ 37,443.00 |
| Compensation of Professionals | 72.30 | $ 28,696.50 |
| Compensation of Professionals/Others | 26.00 | $ 12,366.50 |
| Employee Benefit/Pension | 129.30 | $ 90,618.50 |
| Executory Contracts | 37.60 | $ 21,816.00 |
| Fee/Employment Application | 3.10 | $   1,092.50 |
| Financial Filings | 38.60 | $ 20,651.00 |
| First Day | 30.40 | $ 20,926.00 |
| Financing | 29.80 | $ 18,389.00 |
| General Business Advice | 9.80 | $   7,869.00 |
| General Creditors' Committee | 48.50 | $ 33,083.50 |
| Hearing | 39.00 | $ 16,910.00 |
| Insurance Issues/Coverage | 29.30 | $ 21,288.50 |
| Litigation (Non-Bankruptcy) | 0.50 | $     365.50 |
| Meeting of Creditors | 10.70 | $   6,926.50 |
| Operations | 27.30 | $ 17,944.50 |
| Plan & Disclosure Statement | 172.70 | $106,803.50 |
| Plan Implementation | 4.90 | $   2,827.50 |

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Retention of Professionals | 5.30 | $   2,301.50 |
| Retention of Professionals (Others) | 61.10 | $ 29,718.50 |
| Stay Litigation | 20.80 | $ 10,532.00 |
| Tax Issues | 4.40 | $   3,418.00 |
| Travel | 59.15 | $ 24,103.63 |
| **Total** | **1,490.55** | **$817,260.13** |

## EXPENSE SUMMARY

(February 23, 2012 – November 30, 2012)

| Expense Category | Service Provider[5] (if applicable) | Total Expenses |
|---|---|---|
| Air Fare[6] | United Air, US Airways | $8,302.00 |
| Airport Parking | LAX | $  240.54 |
| Auto Travel Expense | AMS/Pacific Transportation | $1,222.11 |
| Conference Call | AT&T | $  426.81 |
| Court Research | Pacer | $  991.43 |
| Delivery/Courier Service | Digital Legal, legal Vision | $1,043.29 |
| DHL – Worldwide Express | | $  969.17 |
| Fax Transmittal | | $3,366.00 |
| Federal Express | | $  360.23 |
| Filing Fee | US District Court | $    55.00 |
| Guest Parking | | $    72.00 |
| Hotel Expense[7] | Hotel DuPont | $2,282.94 |
| Incoming Facsimile[8] | | $      4.00 |
| Legal Research | Westlaw, Lexis/Nexis | $3,410.92 |
| Outgoing Facsimile | | $  225.00 |

---

[5] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

[6] PSZ&J reduced its Air Fare expense by $4,788.30 to reflect full coach fares. The amount reflected herein is the actual cost incurred prior to the application of any discount.

[7] PSZ&J reduced its Hotel Expense amount by $1,038.38 in response to the US Trustee's expense allowance of $250.00 per night. The amount reflected herein is the actual cost incurred prior to the application of any discount.

[8] PSZ&J wrote-off its Incoming Facsimile expense of $4.00. The amount reflected herein is the actual cost incurred prior to the application of any discount

| Expense Category | Service Provider[5]<br>(if applicable) | Total Expenses |
|---|---|---|
| Outside Reproduction Expense | Legal Vision Consulting Group, Inc.<br>Parcels, Inc. | $  360.00 |
| Outside Services | Digital Legal | $  480.50 |
| Postage | | $  256.50 |
| Reproduction Expense | @ $.10 per page | $3,633.00 |
| Reproduction/Scan Copy | @ $.10 per page | $1,697.30 |
| Research | GKL Corporate Search | $1,801.00 |
| Secretarial Overtime | M. DesJardien; T. Thompson | $  178.42 |
| Transcript | | $  368.95 |
| Travel Expense | Amtrak, Lawyer's Travel | $  508.00 |
| Working Meals | | $  418.87 |
| **Sub-Total** | | **$32,673.98** |
| **Less write-offs**  (Air Fare, Hotel and Fax Transmittal Expenses) | | **< $3,880.24 >** |
| **Grand Total** | | **$28,793.74** |

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CYDE Liquidating Co.,[1] | ) | Case No.: 12-10633 (BLS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**Objection Deadline: January 18, 2013 at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: January 28, 2013 at 10:00 a.m. (prevailing Eastern time)**

## FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION, FOR THE PERIOD <u>FEBRUARY 23, 2012 THROUGH NOVEMBER 30, 2012</u>

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "Administrative Order Establishing Procedures for Interim Compensation Pursuant to Section 331 of the Bankruptcy Code," signed on or about March 14, 2012 (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), Counsel to the Debtor and Debtor in Possession (the "Debtor"), hereby submits its Final Application for Compensation and for Reimbursement of Expenses for the Period from February 23, 2012 through November 30, 2012 (the "Application").

By this Application, PSZ&J seeks final allowance of compensation in the amount of $817,260.13 and actual and final allowance of necessary expenses in the amount of

---

[1] The last four digits of the Debtor's federal tax identification number are (5833). The Debtor's address is: 617 CYDE Liquidating Co., c/o Solution Trust, 29209 Canwood St., Suite 210, Agoura Hills, CA 91301.

$28,793.74 for a total allowance of $846,053.87 for the period February 23, 2012 through

November 30, 2012 (the "Final Period"). In support of this Application, PSZ&J respectfully

represents as follows:

### Background

1.      On February 23, 2012 (the "Petition Date"), the Debtor filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code. An official committee of unsecured

creditors ("Committee") was appointed on March 9, 2012. No trustee or examiner has been

appointed in the Debtor's chapter 11 case.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about March 14, 2012, the Court signed the Administrative Order

authorizing certain professionals ("Professionals") to submit monthly applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications. If no objections are made within twenty-one (21) days after service of the

monthly fee application the Debtor is authorized to pay the Professional eighty percent (80%) of

the requested fees and one hundred percent (100%) of the requested expenses.

4.      The retention of PSZ&J, as Counsel to the Debtor, was approved effective

as of the Petition Date by this Court's *Order Pursuant to Section 327(a) of the Bankruptcy Code,*

*Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing the*

*Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtor and Debtor in Possession Nunc Pro Tunc to the Petition Date*, signed on or about March 14, 2012 (the "Retention Order").  The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

5.       On November 8, 2012, the Court entered an order [Docket No. 391] (the "Confirmation Order") confirming the First Amended Joint Plan of Liquidation of CYDE Liquidating Co.(f/k/a CyberDefender Corporation) Under Chapter 11 of the Bankruptcy Code Proposed by the Debtor and Its Official Committee of Unsecured Creditors (the "Plan").  The Effective Date under the Plan occurred on December 3, 2012.

## PSZ&J APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF FEES AND EXPENSES

### Interim and Monthly Fee Applications Covered Herein and Previously Filed

6.       On June 28, 2012, PSZ&J filed its *First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel to the Debtors and Debtors In Possession for the period February 23, 2012 to May 31, 2012* (the "First Interim Fee Application") [Docket No. 270], which covered the period from the Petition Date through May 31, 2012 requesting $566,207.63 in fees and $23,792.94 in expenses.  By order dated July 23, 2012 [Docket No. 289], the First Interim Fee Application was approved and PSZ&J was subsequently paid $590,000.57.  The monthly fee statements covering the First Interim Fee Period are attached hereto as Exhibits A through C.

7.      On July 16, 2012, PSZ&J filed its Fourth Monthly Application of Pachulski Stang Ziehl & Jones LLP for Compensation and for Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period from June 1, 2012 through June 30, 2012 ("Fourth Monthly Fee Application") requesting $70,907.50 in fees and $2,177.25 in expenses.  PSZ&J has been paid $58,903.25 on account of its Fourth Monthly Fee Application. A true and correct copy of the Fourth Monthly Fee Application is attached hereto as <u>Exhibit  D</u>.

8.      On August 30, 2012, PSZ&J filed its Fifth Monthly Application of Pachulski Stang Ziehl & Jones LLP for Compensation and for Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period from July 1, 2012 through July 31, 2012 ("Fifth Monthly Fee Application") requesting $57,820.00 in fees and $1,146.42 in expenses.  PSZ&J has been paid $47,402.42 on account of its Second Monthly Fee Application. A true and correct copy of the Fifth Monthly Fee Application is attached hereto as <u>Exhibit E</u>.

9.      On September 20, 2012, PSZ&J filed its Sixth Monthly Application of Pachulski Stang Ziehl & Jones LLP for Compensation and for Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period from August 1, 2012 through August 31, 2012 ("Sixth Monthly Fee Application") requesting $33,883.50 in fees and $142.19 in expenses.  PSZ&J received $27,106.80 in fees and $142.19 in expenses on account of the Sixth Monthly Fee Application.  A true and correct copy of the Sixth Monthly Fee Application is attached hereto as <u>Exhibit F</u>.

10.     On October 23, 2012, PSZ&J filed its Seventh Monthly Application of Pachulski Stang Ziehl & Jones LLP for Compensation and for Reimbursement of Expenses as

Counsel to the Debtor and Debtor in Possession for the Period from September 1, 2012 through

September 30, 2012 ("Seventh Monthly Fee Application") requesting $47,497.00 in fees and

$956.36 in expenses.  A true and correct copy of the Seventh Monthly Fee Application is

attached hereto as Exhibit G.

> 11.    The Monthly Fee Applications covered by this Application contain

detailed daily time logs describing the actual and necessary services provided by PSZ&J during

the applicable time periods as well as other detailed information required to be included in fee

applications.

### Fee Statements Not Previously Filed

> 12.    The fee statements for the period October 1, 2012 through November 30,

2012 are attached hereto as Exhibits H and I, respectively.  These statements contains daily time

logs describing the time spent by each attorney and paraprofessional during the period October 1,

2012 through November 30, 2012.  To the best of PSZ&J's knowledge, this Application

complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the

Administrative Order.  PSZ&J's time reports are initially handwritten by the attorney or

paralegal performing the described services.  The time reports are organized on a daily basis.

PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time

frame on a variety of different matters for a particular client, separate time entries are set forth in

the time reports.  PSZ&J's charges for its professional services are based upon the time, nature,

extent and value of such services and the cost of comparable services other than in a case under

the Bankruptcy Code.  PSZ&J has reduced its charges related to any non-working "travel time"

to fifty percent (50%) of PSZ&J's standard hourly rate.  To the extent it is feasible, PSZ&J

professionals attempt to work during travel.

### Summary of Services Rendered

(October 1, 2012 – November 30, 2012)

13.     The names of the attorneys of PSZ&J who have rendered professional

services in these cases during the Application Period, and the paralegals and case management

assistants of PSZ&J who provided services to these attorneys during the Application Period, are

set forth in the attached Exhibits H and I.

14.     PSZ&J, by and through such persons, has prepared and assisted in the

preparation of various motions and orders submitted to the Court for consideration, advised the

Debtor on a regular basis with respect to various matters in connection with the Debtor's

bankruptcy case, and performed all necessary professional services which are described and

narrated in detail below.  PSZ&J's efforts have been extensive due to the size and complexity of

the Debtor's bankruptcy case.

### Summary of Services by Category

(October 1, 2012 – November 30, 2012)

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | .40 | $   326.00 |
| Bankruptcy Litigation | .20 | $   135.00 |
| Case Administration | 28.70 | $ 7,634.50 |
| Claims Administration/Objection | 13.50 | $ 7,228.50 |

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Compensation of Professionals | 5.20 | $ 1,804.00 |
| Compensation of Professionals (Others) | 1.70 | $   667.50 |
| Employee Benefits/Pension | .20 | $   135.00 |
| Fee/Employment Application | 2.50 | $   687.50 |
| Financial Filings | 3.10 | $ 1,412.50 |
| Hearing | .50 | $   337.50 |
| Operations | 1.90 | $ 1,338.50 |
| Plan & Disclosure Statement | 27.20 | $16,262.00 |
| Plan Implementation | 4.90 | $ 2,827.50 |
| Stay Litigation | .30 | $   148.50 |

### Summary of Services by Project

(October 1, 2012 – November 30, 2012)

15.     The services rendered by PSZ&J during the Application Period can be grouped into the categories set forth below.  PSZ&J attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibits H and I. Exhibits H and I identify the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

**A.**     <u>**Asset Disposition**</u>

16.     During the Application Period, the Firm corresponded regarding post closing cash reconciliations.

Fees: $326.00;        Hours: .40

**B.**     <u>**Bankruptcy Litigation**</u>

17.     This category relates to communications with the Committee regarding adversary deadlines.

Fees: $135.00;        Hours: .20

**C.**     <u>**Case Administration**</u>

18.     This category includes work related to administering the cases in an efficient manner.  During the Application Period, the Firm, among other things:  (1) corresponded and conferred regarding general case management issues; (2) maintained a memorandum of critical dates; (3) prepared hearing agendas; and (4) held case status meetings.

Fees: $7,634.50;        Hours: 28.70

**D.**     <u>**Claims Administration and Objections**</u>

19.     This category relates to work in connection with claims review and analysis.  During the Application Period, the Firm, among other tings: (i) corresponded and reviewed various tax claim issues; and (ii) prepared an omnibus objection to books and records

claims.

Fees: $7,228.50;      Hours: 13.50

**E.     Compensation of Professionals**

20.     This category includes work related to the filing of the Firm's monthly fee applications.

Fees: $1,804.00;      Hours: 5.20

**F.     Compensation of Professionals (Others)**

21.     This category includes work related to the review of XRoads' monthly fee statements.

Fees: $1,804.00;      Hours: 5.20

**G.     Employee Benefits/Pension**

22.     The Firm billed minimal time to this category reviewing and revising a 401(k) audit letter.

Fees: $135.00;      Hours: .20

**H.     Fee/Employment Application**

23.     This category includes work related to the preparation of the instant application.

Fees: $687.50;        Hours: 2.50

## I.    <u>Financial Filings</u>

24.    This category includes work related to compliance with reporting requirements.  During the Application Period, the Firm, among other things, prepared the September and October operating reports.

Fees: $1,412.50;      Hours: 3.10

## J.    <u>Hearing</u>

25.    Time billed to this category includes preparation of the October 13, 2012 hearing agenda.

Fees: $337.50;        Hours: .50

## K.    <u>Operations</u>

26.    The Firm billed minimal time to this category corresponding with the Debtor regarding final closing reconciliations.

Fees: $1,338.50;      Hours: 1.90

## L.    <u>Plan & Disclosure Statement</u>

27.    During the Application Period, the Firm, among other things:  prepared a confirmation brief, supporting plan confirmation declaration, plan confirmation order; reviewed and analyzed voting tabulation reports; and corresponded with the US Trustee regarding the plan

confirmation order.

Fees:  $16,262.00;      Hours:  27.20

## M.    Plan Implementation

28.    This category includes work related to the implementation of the plan and analysis regarding plan effective date tasks.

Fees:  $2,827.50;      Hours:  4.90

## N.    Stay Litigation

29.    The Firm billed minimal time to this category corresponding with the County of Los Angeles regarding violation of the automatic stay.

Fees:  $148.50;      Hours:  .30

## Valuation of Services

30.    Attorneys and paraprofessionals of PSZ&J expended a total 90.30 hours in connection with their representation of the Debtor during the period October 1, 2012 through November 30, 2012, as follows:

(October 1, 2012 – November 30, 2012)

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jeffrey N. Pomerantz | Partner 1995; Member of CA Bar since 1989 | $815.00 | 1.50 | $1,222.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $675.00 | 20.60 | $13,905.00 |
| Shirley S. Cho | Of Counsel 2009; Member of CA Bar since 1997 | $675.00 | 16.30 | $11,002.50 |
| Kathleen P. Makowski | Of Counsel 2008; Member of PA Bar since 1996; Member of DE Bar since 1997 | $495.00 | 4.10 | $2,029.50 |
| Patricia Jeffries | Paralegal 1999 | $275.00 | 5.30 | $1,457.50 |
| Monica Molitor | Paralegal 2009 | $275.00 | 32.30 | $8,882.50 |
| Margaret L. McGee | Paralegal | $275.00 | 5.40 | $1,485.00 |
| Louise R. Touschak | Paralegal 2000 | $275.00 | .80 | $212.00 |
| Cheryl A. Knotts | Paralegal 2000 | $265.00 | .10 | $26.50 |
| Rita M. Olivere | Case Management Assistant 2000 | $185.00 | 2.20 | $407.00 |
| Beatrice M. Koveleski | Case Management Assistant 2009 | $185.00 | 1.20 | $222.00 |
| Karen S. Neil | Case Management Assistant | $185.00 | .50 | $92.50 |

**Grand Total:**   $40,944.50

**Total Hours:**       90.30

**Blended Rate:**   $    453.43

31.     The nature of work performed by these persons is fully set forth in Exhibits H and I attached hereto.  These are PSZ&J's normal hourly rates for work of this character.  The reasonable value of the services rendered by PSZ&J for the Debtors during October and November 2012 is $40,944.50.

### Actual and Necessary Expenses

(October 1, 2012 – November 30, 2012)

32.    A summary of actual and necessary expenses incurred by PSZ&J for the period October 1, 2012 through November 30, 2012 are attached hereto as part of Exhibits H and I and a summary is set forth below.

| Expense Category | Service Provider[2] (if applicable) | Total Expenses |
|---|---|---|
| Conference Call | AT&T | $ 33.83 |
| Court Research | Pacer | $101.40 |
| Delivery/Courier Service | Digital Legal | $100.13 |
| Federal Express | | $ 48.87 |
| Postage | | $ 34.95 |
| Reproduction Expense | @ $ .10 per page | $230.60 |
| Reproduction/Scan Copy | @ $ .10 per page | $ 28.80 |
| **Total** | | **$ 578.58** |

33.    PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as this one, arising in Delaware.  PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier.  PSZ&J summarizes each client's photocopying charges on a daily basis.

---

[2] PSZ&J may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

34.    PSZ&J charges $1.00 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes. The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Debtor for the receipt of faxes in this case.

35.    With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research. PSZ&J bills its clients the actual amounts charged by such services, with no premium. Any volume discount received by PSZ&J is passed on to the client.

36.    PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## **Requested Relief**

37.    By this Application, PSZ&J requests that the Court approve final allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by PSZ&J from February 23, 2012 through November 30, 2012.

38.     At all relevant times, PSZ&J has been a disinterested person as that term is defined in §101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of the Debtor.

39.     All services for which compensation is requested by PSZ&J were performed for or on behalf of the Debtor and not on behalf of any committee, creditor or other person.

40.     PSZ&J has received no payment and no promises for payment from any source other than the Debtor for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between PSZ&J and any other person other than the partners of PSZ&J for the sharing of compensation to be received for services rendered in these cases.  PSZ&J received an advance payment retainer from the Debtor during the year prior to the Petition Date in the amount of $300,000 in connection with the preparation of initial documents and its prepetition representation of the Debtor, of which $17,349.32 remains unapplied.

41.     The professional services and related expenses for which PSZ&J requests final allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of PSZ&J's professional responsibilities as attorneys for the Debtor in its chapter 11 case.  PSZ&J's services have been necessary and beneficial to the Debtor and its estate, creditors and other parties in interest.

42.     In accordance with the factors enumerated in section 330 of the

Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and

reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the

requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this

Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order,

substantially in the form attached hereto, providing that, for the period of February 23, 2012

through November 30, 2012, a final allowance be made to PSZ&J in the sum of $817,260.13 as

compensation for reasonable and necessary professional services rendered to the Debtor and in

the sum of $28,793.74 for reimbursement of actual and necessary costs and expenses incurred,

for a total of $846,053.87; that the Debtor be authorized and directed to pay to PSZ&J the

outstanding amount of such sums or $122,498.64; and for such other and further relief as this

Court deems proper.

Dated:  December 28, 2012          PACHULSKI STANG ZIEHL & JONES LLP

By: _____
    Jeffrey N. Pomerantz (*Admitted Pro Hac Vice*)
    Shirley S. Cho (*Admitted Pro Hac Vice*)
    James E. O'Neill (DE Bar No. 4042)
    919 North Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, DE  19899-8705
    Telephone: 302/652-4100
    Facsimile: 302/652-4400
    E-mail:  jpomerantz@pszjlaw.com
            scho@pszjlaw.com
            joneill@pszjlaw.com

    Attorneys for Debtor and Debtor in Possession

**VERIFICATION**

STATE OF DELAWARE          :

                          :

COUNTY OF NEW CASTLE   :

James E. O'Neill, after being duly sworn according to law, deposes and says:

a)      I am a partner of the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b)      I am familiar with the work performed on behalf of the Debtor by the lawyers and paraprofessionals of PSZ&J.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about March 14, 2012, and submit that the Application substantially complies with such Rule and Order.

_____
James E. O'Neill

SWORN AND SUBSCRIBED
before me this 28 day of December, 2012.

_____      K A JOHN BOWER
Notary Public                        NOTARY PUBLIC
My Commission Expires:               STATE OF DELAWARE
                                     My commission expires Nov. 13, 2014

DOCS_LA:261151.4 16362/001