

# PACHULSKI STANG ZIEHL & JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

Jeffrey N. Pomerantz

September 19, 2013

310.277.6910
jpomerantz@pszjlaw.com

Honorable Brendan L. Shannon
United States Bankruptcy Court
for the District of Delaware
824 North Market Street
6th Floor, Courtroom 1
Wilmington, DE 19801

**RE: In re CYDE Liquidating Co., Case No. 12-10633 (BLS)**

Dear Judge Shannon,

I write in respect of the *Final Decree (i) Closing Chapter 11 Case, and (ii) Authorizing the Destruction, Abandonment, or Other Disposal of the Remaining Records in the Debtor's Possession* entered in the above-captioned case on September 18, 2013 [Docket No. 480] (the "Final Decree").

As of the date of this letter, the Plan Administrator is holding $292,256.93 of cash on hand. We interpret the Final Decree as requiring that the Plan Administrator pay the unpaid portion of the Chapter 11 Professional Fee Claims approved in the Final Fee Order, which would also include one additional professional not specifically identified in the Final Decree (Muirfield Partners), for a total of $252,490.12. After such payment, the Debtor will have $39,766.81 on hand (the "Remaining Funds").

The Remaining Funds are insufficient to satisfy the Debtor's other administrative and priority claim obligations including anticipated U.S. Trustee fees, which total approximately $124,926.87 (the "Other Administrative Claims"). *See* Tab 1 for a breakdown of the proposed disbursements pursuant to the Final Decree and the remaining outstanding administrative and priority claim obligations.

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszjlaw.com

DOCS_LA:271370.1 16362/003

**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

September 19, 2103
Page 2

     Accordingly, while the Plan Administrator can pay the Chapter 11 Professional Fee Claims as required by the Final Decree, he needs guidance from the Court on how to distribute the Remaining Funds to the Other Administrative Claims. The Plan Administrator requests that the Court authorize him to pay any required U.S. Trustee fees in full and then make a pro rata distribution of the Remaining Funds to the Other Administrative Claimants so that the case can be closed. We have included a proposed supplemental order providing for such relief at Tab 2.

     Respectfully,

*[signature]*

Jeffrey N. Pomerantz

cc:    Mr. Peter Kravitz
         Donald Detweiler, Esq.