# TAB 1

**Distribution Analysis 9/18/2013**

| Description | | Amount |
|---|---|---|
| Cash on Hand 9/28/2013 | $ | 292,256.93 |
| **Professional Fee Based on Court Order** | | |
| PSZJ | $ | (105,149.32) |
| Pepper Hamilton | $ | (91,091.94) |
| Xroads | $ | (53,905.00) |
| Muirfield | $ | (2,343.86) |
| UST Fees | $ | (1,300.00) |
| **Cash Remaining** | $ | 38,466.81 |

| All Owed | | Amount Owed | Pro Rata % | | Amount to be paid |
|---|---|---|---|---|---|
| GRM | $ | (44,959.95) | 31% | $ | (13,989.40) |
| Tax Claims | $ | (3,968.50) | 31% | $ | (1,234.81) |
| Administrative Yahoo Claim | $ | (28,991.63) | 31% | $ | (9,020.82) |
| Priority Wage Claims | $ | (7,077.47) | 31% | $ | (2,202.17) |
| Crowe Horwath | $ | (17,494.50) | 31% | $ | (5,443.46) |
| Xroads CMS | $ | (21,134.82) | 31% | $ | (6,576.15) |
| | $ | (123,626.87) | 31% | $ | (38,466.81) |